[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-13815
Non-Argument Calendar
_____

D.C. Docket No. 1:12-cr-00319-TCB-LTW-4


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROSA PINEDA SANCHEZ,
a.k.a. Rosie,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(December 5, 2014)

Before TJOFLAT, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Vernon Smith, appointed counsel for Rosa Pineda Sanchez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sanchez's conviction and sentence are **AFFIRMED**.